AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Coleman, Sharon J. | Northern District of Illinois | **8/28/2019** |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Dristict Judge-Active | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

219 S. Dearborn Street-Chambers 1460
Chicago, Illinois 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor | Northwestern University School of Law, Chicago, Illinois |
| 2. | Adjunct professor | The John Marshall Law School, Chicago, Illinois |
| 3. | Member | The Women's Board of University of Chicago |
| 4. | Advisory Board | Women's Bar Association of Illinois |
| 5. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | State of Illinois Employee Pension Fund: Pension upon retirement age 59.5 |
| 2. | 1984 | Cook County Employee Retirement Fund: Pension upon retirement age 59.5 |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Northwestern University School of Law - teaching | $2,500.00 |
| 2. | 2017 | The John Marshall Law School - teaching | $3,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | EC-United, LLC Consulting Business |
| 2. | 2017 | Blue Cross Blue Shield of Michigan |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America (Part VII - Line 6) | Rental Property - Mortgage #1, Chicago, IL (Pt. VII, line 3) | M |
| 2. | Cardmember Card | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Planites Credit Union | A | Int./Div. | J | T | | | | | |
| 2. Citibank | A | Interest | N | T | | | | | |
| 3. Chase | A | Interest | N | T | | | | | |
| 4. Rental Property #1 - Chicago, Il (Purchased 2007 $340,000) | E | Rent | O | W | | | | | |
| 5. Rental Property #2 - Chicago, Il (Purchased 2017 $250,000) | C | Rent | M | W | Buy | 09/29/17 | M | | ▓▓▓▓▓ |
| 6. State of Illinois Retirement Fund | | None | M | W | | | | | |
| 7. Merrill Lynch (H) | | | | | | | | | |
| 8. - Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 9. - Merrill Lynch Wealth Management Joint Account | A | Dividend | J | T | | | | | |
| 10. Thornburg Investment Income Builder Fund Cl 1 | A | Dividend | J | T | Sold | 01/27/17 | J | | |
| 11. Ivy Asset Strategy Fund Cl 1 | A | Dividend | J | T | | | | | |
| 12. Merrill Lynch (H) | | | | | | | | | |
| 13. - Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 14. - Merrill Lynch Wealth Management IRA #1 | C | Dividend | M | T | | | | | |
| 15. FPA Crescent Fund Instl Cl | A | Dividend | J | T | Sold | 12/20/17 | J | | |
| 16. Leuthold Core Investment Fund | A | Dividend | J | T | Sold | 08/09/17 | J | | |
| 17. Ivy Asset Strategy Fund Cl 1 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FPA Crescent Fund Instl C1 | A | Dividend | J | T | | | | | |
| 19. Leuthold Core Investment Fund | A | Dividend | J | T | Sold | 05/05/17 | J | | |
| 20. FPA Crescent Fund Instl C1 | A | Dividend | J | T | | | | | |
| 21. Permanent Portfolio Fund | A | Dividend | J | T | Sold | 08/09/17 | J | | |
| 22. Merrill Lynch (H) | | | | | | | | | |
| 23. - Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 24. - Merrill Lynch Wealth Management IRA #2 | C | Dividend | J | T | | | | | |
| 25. Leuthold Core Investment Fund | A | Dividend | J | T | Sold | 08/09/17 | J | | |
| 26. FPA Crescent Fund Instl C1 | A | Dividend | J | T | | | | | |
| 27. Permanent Portfolio Fund | A | Dividend | J | T | | | | | |
| 28. Merrill Lynch (H) | | | | | | | | | |
| 29. - Merrill Lynch Money Market Account | A | Interest | K | T | | | | | |
| 30. - Merrill Lynch Wealth Management IRA Rollover | A | Dividend | K | T | | | | | |
| 31. IShares Russell 1000 Growth | A | Dividend | J | T | Sold | 08/09/17 | J | | |
| 32. IShares Russell 1000 Value | A | Dividend | J | T | | | | | |
| 33. Wisdomtree EM Small Cap | A | Dividend | J | T | Sold | 08/09/17 | J | | |
| 34. IShares Russell 2000 Growth | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 36. The Oakmark Int'l Fund | A | Dividend | J | T | Sold | 05/05/17 | J | | |
| 37. First Eagle Global Class I | A | Dividend | J | T | Sold | 11/30/17 | J | | |
| 38. IShares Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 39. Oppenheimer Dev Mkts Fund | A | Dividend | J | T | Sold | 05/05/17 | J | | |
| 40. Oppenheimer Intl Small Co Fund | A | Dividend | J | T | Sold | 05/05/17 | J | | |
| 41. Aberdeen Global High Income Fund | A | Dividend | J | T | | | | | |
| 42. Leuthold Core Investment Fund | A | Dividend | J | T | | | | | |
| 43. Lord Abbett Short Dur Income Fund | A | Dividend | J | T | | | | | |
| 44. PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 45. FPA Crescent Fund Installation Cl | A | Dividend | J | T | | | | | |
| 46. Loomis Sayles Strategic Inc. Fd | A | Dividend | J | T | | | | | |
| 47. Permanent Portfolio Fund | A | Dividend | J | T | | | | | |
| 48. First Eagle Global Class I | A | Dividend | J | T | | | | | |
| 49. Leuthold Core Investment FD | A | Dividend | J | T | | | | | |
| 50. John Hancock Income Fund | A | Dividend | J | T | | | | | |
| 51. Ivy Asset Strategy Fund Cl 1 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Loomis Sayles Strategic Inc Fd | A | Dividend | J | T | | | | | |
| 53. Permanent Portfolio Fund | A | Dividend | J | T | | | | | |
| 54. IShares Russell 1000 Value | A | Dividend | J | T | | | | | |
| 55. Wisdom Tree Em Small Cap | A | Dividend | J | T | Sold | 05/05/17 | J | B | |
| 56. IShares Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 57. IShares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 58. The Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 59. Leuthold Core Investment Fund | A | Dividend | J | T | | | | | |
| 60. Prudential Short Term Corp Bond Fund | A | Dividend | J | T | | | | | |
| 61. Oppenheimer Dev Mkts Fund | A | Dividend | J | T | | | | | |
| 62. Aberdeen Global High Income Fund | A | Dividend | J | T | | | | | |
| 63. PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 64. Angel Oak MultiStrategy Income Fund | A | Dividend | J | T | | | | | |
| 65. Mainstay Short Duration High Yield Fund | A | Dividend | J | T | | | | | |
| 66. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 67. Loomis Sayles Strategic Inc Fund | A | Dividend | J | T | | | | | |
| 68. Permanent Portfolio Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Thornburg Global Opp Fund Cl 1 | A | Dividend | J | T | Sold | 05/05/17 | J | B | |
| 70. Thornburg Global Opp Fund Cl 1 | A | Dividend | J | T | Sold | 01/27/17 | J | B | |
| 71. Thornburg Global Opp Fund Cl 1 | A | Dividend | J | T | Sold | 05/05/17 | J | B | |
| 72. Thornburg Global Opp Fund Cl 1 | A | Dividend | J | T | | | | | |
| 73. Thornburg Global Opp Fund Cl 1 | A | Dividend | J | T | | | | | |
| 74. IShares Rusell 2000 Value | A | Dividend | J | T | | | | | |
| 75. Pear Tree Val Sm Cap Fd Instl | A | Dividend | J | T | | | | | |
| 76. Blackrock Global Allocation Fd | A | Dividend | J | T | | | | | |
| 77. Blackrock Global Allocation Fd | A | Dividend | J | T | | | | | |
| 78. Thornburg Inv. Income Builder Fund Cl 1 | A | Dividend | J | T | | | | | |
| 79. Leuthold Core Investment Fund | A | Dividend | J | T | | | | | |
| 80. Pear Tree Polaris Foreign Val Sm Cap Fd | A | Dividend | J | T | Sold | 05/05/17 | J | C | |
| 81. IShares RS 2000 Growth | A | Dividend | J | T | Sold | 05/05/17 | J | B | |
| 82. The Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 83. Oppenheimer Intl Small Co Fd | A | Dividend | J | T | | | | | |
| 84. Pear Tree Polaris Foreign Val Sm Cap Fd | A | Dividend | J | T | | | | | |
| 85. IShares RS 1000 Growth | A | Dividend | J | T | Sold | 05/05/17 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. IShares RS 1000 Value | A | Dividend | J | T | | | | | |
| 87. IShares RS 2000 Value | A | Dividend | J | T | | | | | |
| 88. First Eagle Global Class 1 | A | Dividend | J | T | | | | | |
| 89. FPACrescent Fund Instl Cl | A | Dividend | J | T | | | | | |
| 90. Leuthold Core Investment Fund | A | Dividend | J | T | | | | | |
| 91. Permanent Portfolio Fund | A | Dividend | J | T | | | | | |
| 92. Thornburg Global Opp Fund CL 1 | A | Dividend | J | T | | | | | |
| 93. Thornburg Global Opp Fund CL 1 | A | Dividend | J | T | | | | | |
| 94. Prudential Short Term Corp Bond Fund | A | Dividend | J | T | | | | | |
| 95. Angel Oak MultiStrategy Income Fund | A | Dividend | J | T | | | | | |
| 96. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 97. Wisdom Tree EM Small Cap | A | Dividend | J | T | | | | | |
| 98. John Hancock Income Fund | A | Dividend | J | T | | | | | |
| 99. Aberdeen Global High Income Fund | A | Dividend | J | T | | | | | |
| 100. Lord Abbett Short Dur Income Fund | A | Dividend | J | T | | | | | |
| 101. Mainstay Short Duration High Yield Fund | A | Dividend | J | T | | | | | |
| 102. PIMCO Total Return Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Mainstay Short Duration High Yield Fund | A | Dividend | J | T | | | | | |
| 104. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 105. Pear Tree Polaris Foreign Val Sm Cap Fd | A | Dividend | J | T | | | | | |
| 106. IShares Russell 1000 Growth | A | Dividend | J | T | | | | | |
| 107. Prudential Short Term Corp Bond Fund | A | Dividend | J | T | | | | | |
| 108. Oppenheimer Dev Mkts Fund | A | Dividend | J | T | | | | | |
| 109. Oppenheimer Intl Small Co Fd | A | Dividend | J | T | | | | | |
| 110. Angel Oak MultiStrategy Income Fund | A | Dividend | J | T | | | | | |
| 111. The Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 112. Lord Abbett Short Dur Income Fund | A | Dividend | J | T | | | | | |
| 113. IShares Russell 1000 Growth | A | Dividend | J | T | | | | | |
| 114. IShares RS 1000 Value | A | Dividend | J | T | | | | | |
| 115. IShares RS 2000 Growth | A | Dividend | J | T | | | | | |
| 116. First Eagle Global Class I | A | Dividend | J | T | | | | | |
| 117. Angel Oak MultiStrategy Income Fund | A | Dividend | J | T | | | | | |
| 118. FPA Crescent Fund Installation Cl | A | Dividend | J | T | | | | | |
| 119. Permanent Portfolio Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Leuthold Core Inestment Fund | A | Dividend | J | T | | | | | |
| 121. Prudential Short Term Corp Bond Fund | A | Dividend | J | T | | | | | |
| 122. Lord Abbett Short Dur Income Fund | A | Dividend | J | T | | | | | |
| 123. PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 124. Mainstay Short Duration High Yield Fund | A | Dividend | J | T | | | | | |
| 125. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 126. Loomis Sayles Strategic Inc Fd | A | Dividend | J | T | | | | | |
| 127. John Hnacock Income Fund | A | Dividend | J | T | | | | | |
| 128. Oppenheimer Intl Small Company Fd | A | Dividend | J | T | Buy | 12/20/17 | J | | |
| 129. Permanent Portfolio Fund | B | Dividend | J | T | Buy | 01/27/17 | J | | |
| 130. First Eagle Global Class I | B | Dividend | J | T | Buy | 01/27/17 | J | | |
| 131. FPA Crescent Fund Instl Cl | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 132. Leuthold Core Investment Fund | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 133. FPA Crescent Fund Instl Cl | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 134. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 135. First Eagle Global Class I | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 136. First Eagle Global Class I | A | Dividend | J | T | Buy | 08/09/17 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. FPA Crescent Fund Instl Cl | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 138. Leuthold Core Investment Fund | A | Dividend | J | T | Buy | 11/30/17 | J | | |
| 139. FPA Crescent Fund Instl Cl | A | Dividend | J | T | Buy | 11/30/17 | J | | |
| 140. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 11/30/17 | J | | |
| 141. Thornburg Global Opp Fund Cl 1 | A | Dividend | J | T | Buy | 11/30/17 | J | | |
| 142. Oppenheimer Intl Small Company Fd | A | Dividend | J | T | Buy | 12/18/17 | J | | |
| 143. Permanent Portfolio Fund | B | Dividend | J | T | Buy | 01/27/17 | J | | |
| 144. Oppenheimer Intl Small Comapny Fund | B | Dividend | J | T | Buy | 01/27/17 | J | | |
| 145. Prudential Short Term Corp Bond Fund | D | Dividend | J | T | Buy | 01/27/17 | J | | |
| 146. Permanent Portfolio Fund | B | Dividend | J | T | Buy | 01/27/17 | J | | |
| 147. PIMCO Total Return Fund | B | Dividend | J | T | Buy | 01/27/17 | J | | |
| 148. Pear Tree Polaris Foreign Val Sm Cap Fd | B | Dividend | J | T | Buy | 01/27/17 | J | | |
| 149. Deutsche Global Hi Inc Cl S | B | Dividend | J | T | Buy | 01/27/17 | J | | |
| 150. Bright Start College Savings Program (x) | A | Interest | J | W | | | | | |
| 151. Bank of America (x) | A | Interest | J | W | | | | | |
| 152. First Eagle Global Class I | C | Dividend | J | T | Buy | 01/27/17 | J | | |
| 153. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 01/27/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Angel Oak MultiStrategy Income Fund | B | Dividend | J | T | Buy | 05/05/17 | J | | |
| 155. FPA Crescent Fund Inst Cl | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 156. IShares RS 1000 Value | D | Dividend | J | T | Buy | 05/05/17 | J | | |
| 157. IShares RS 2000 Value | D | Dividend | J | T | Buy | 05/05/17 | J | | |
| 158. John Hancock Income Fund | B | Dividend | J | T | Buy | 05/05/17 | J | | |
| 159. Leuthold Core Investment Fd | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 160. Lord Abbett Short Dur Income Fd | D | Dividend | J | T | Buy | 05/05/17 | J | | |
| 161. Mainstay Short Duration Hi Yld Fund | B | Dividend | J | T | Buy | 05/05/17 | J | | |
| 162. Loomis Sayles Strategic Inc Fd | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 163. Oppenheimer Intl Small Company Fd | C | Dividend | J | T | Buy | 05/05/17 | J | | |
| 164. Prudential Short Term Corp Bond Fund | C | Dividend | J | T | Buy | 05/05/17 | J | | |
| 165. Permanent Portfolio Fund | C | Dividend | J | T | Buy | 05/05/17 | J | | |
| 166. PIMCO Total Return Fund | B | Dividend | J | T | Buy | 05/05/17 | J | | |
| 167. Deutsche Global Hi Inc Cl S | B | Dividend | J | T | Buy | 05/05/17 | J | | |
| 168. First Eagle Global Class I | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 169. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 170. Angel Oak MultiStrategy Income Fund | B | Dividend | J | T | Buy | 08/09/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. FPA Crescent Fubnd Instl C1 | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 172. IShares RS 1000 Value | C | Dividend | J | T | Buy | 08/09/17 | J | | |
| 173. IShares RS 2000 Value | D | Dividend | J | T | Buy | 08/09/17 | J | | |
| 174. IShares RS 2000 Growth | B | Dividend | J | T | Buy | 08/09/17 | J | | |
| 175. John Hancock Income Fund | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 176. Lord Abbett Short Dur Income Fd | C | Dividend | J | T | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Coleman, Sharon J. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Coleman, Sharon J. | 08/28/2019 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amended Part III-B the information was inadvertently omitted due to a family situation.

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 04/25/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of S U.S.C. app. § S01 et. seq., S U.S.C. § 73S3, and Judicial Conference regulations.

Signature: **s/ Sharon J. Coleman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (S U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544